CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 30 2014

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHNNY L. GARCIA,<br>Plaintiff, | ) ) ) | Civil Action No. 7:13cv00585 |
| v. | ) ) ) | **FINAL ORDER** |
| GEORGE HINKLE, *et al.*,<br>Defendants. | ) ) ) | By: Samuel G. Wilson<br>United States District Judge |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that the defendants' motion for summary judgment (ECF 16) is **GRANTED**, and the Clerk is directed to **STRIKE** the case from the active docket of the court.

The Clerk is further directed to send a copy of this order and the accompanying memorandum opinion to the parties.

**ENTER**: July 30, 2014.

_____
UNITED STATES DISTRICT JUDGE